| | | |
|---|---|---|
| KANTRELL MARQVETTE BRENT<br>1003 OLD ST JOHN RD NE<br>WESSON, MS 39191 | HOMETOWN CREDIT<br>506 BROOKWAY BLVD<br>BROOKHAVEN, MS 39601 | PROGRESSIVE LEASING<br>256 W DATA DR<br>DRAPER, UT 84020 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | RADIUS GLOBAL SOLUTION<br>9550 REGENCY SQ BLVD<br>JACKSONVILLE, FL 32225 |
| AFFIRM, INC.<br>ATTN: BANKRUPTCY<br>650 CALIFORNIA ST<br>FL 12<br>SAN FRANCISCO, CA 94108 | INTERNAL REVENUE SERVI<br>C/O US ATTORNEY<br>501 EAST COURT ST<br>STE 4.430<br>JACKSON, MS 39201 | SAFE HOME SECURITY<br>ATTN: BANKRUPTCY<br>1125 MIDDLE STREET<br>#201<br>MIDDLETOWN, CT 06457 |
| CAPITAL ONE AUTO FIN<br>ATTN: BANKRUPTCY<br>7933 PRESTON RD<br>PLANO, TX 75024 | JEFFERSON CAPITAL SYST<br>ATTN: BANKRUPTCY<br>200 14TH AVE E<br>SARTEKK, MN 56377 | TILLMAN FURNITURE<br>28081 HWY 28<br>HAZLEHURST, MS 39083 |
| CASHAPP<br>1955 BROADWAY, SUITE 6<br>OAKLAND, CA 94612 | JERRICA BRENT<br>340 BELMONT TRAIL<br>BROOKHAVEN, MS 39601 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON, DC 20530-00 |
| CCO MORTGAGE CORP.<br>ATTN: BANKRUPTCY<br>10561 TELEGRAPH RD<br>GLEN ALLEN, VA 23059 | JPMCB<br>MAILCODE LA4-7100<br>700 KANSAS LANE<br>MONROE, LA 71203 | |
| DOLLY PARIMON<br>2014 JAMES GRIFFIN RD<br>BEAUMONT, MS 39423 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON, MS 39225-2808 | |
| FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107 | MSDHS<br>ATTN: CONSTANCE MORROW<br>PO BOX 352<br>JACKSON, MS 39205 | |
| GRETA PEYTON<br>733 W SMITH FERRY RD<br>SONTAG, MS 39665 | PORTFOLIO RECOVERY<br>ATTN: BANKRUPTCY<br>120 CORPORATE BLVD<br>NORFOLK, VA 23502 | |