Certificate Number: 17572-MSS-DE-040086580

Bankruptcy Case Number: 25-01981



17572-MSS-DE-040086580

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 14, 2025, at 4:57 o'clock AM PDT, Kantrell Brent completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: September 14, 2025

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor