UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:  KANTRELL MARQVETTE BRENT                     Chapter 13
                                                     Case No:25-01981 KMS

---

OBJECTION TO CONFIRMATION OF
INITIAL PLAN

---

Comes now David Rawlings, Standing Chapter 13 Trustee who would show the Court the following for which relief is sought.  It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1.  11 U.S.C. §1325(a)(4). Creditors would receive a greater distribution under a Chapter 7 proceeding. **The debtor has not yet provided all bank statements for the accounts listed on Schedule A/B.**

Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. §1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, David Rawlings , Standing Chapter 13 Trustee prays:

1.  That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. §1307, sustain the objection, or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.

2.  The Trustee hereby objects to any amended plan filed hereafter.

25-01981 KMS                 OBJECTION TO CONFIRMATION OF                 Page 2 of 2
                                      INITIAL PLAN

   3.   That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

Dated:  9/25/2025                                      /s/  David Rawlings
                                                      _____
                                                      David Rawlings
                                                      Chapter 13 Trustee
                                                      P.O. Box 566
                                                      Hattiesburg, MS  39403
                                                      (601) 582-5011

                                                      drawlings@rawlings13.net

### CERTIFICATE OF SERVICE

     I, the undersigned, do hereby certify that I have on this day forwarded, a true and correct copy of the foregoing Objection, via the Court's ECF filing system, to: The U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi  39201; and Thomas C. Rollins, Jr, P O Box 13767, Jackson, MS 39236.

     So certified on this 25th of September, 2025.

                                                      /s/  David Rawlings
                                                      _____
                                                      David Rawlings