# Proceeding Minutes / Proceeding Memo

**Case #:** 25-01981          **Case Name:** Kantrell Marqvette Brent

**Set:** 11/06/2025 10:00 am   **Chapter:** 13   **Type:** bk      **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #21) - ORDER ENTERED 10/9/25

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) An Order has been entered on the Trustee's Objection (Dkt. #21). Confirmation hearing removed. (mcc)