United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-01981-KMS
Kantrell Marqvette Brent     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Oct 21, 2025     Form ID: n031     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kantrell Marqvette Brent, 1003 Old St John Rd NE, Wesson, MS 39191-9484 |
| 5546038 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 5546039 | + | Dolly Parimon, 2014 James Griffin Rd, Beaumont, MS 39423-2246 |
| 5546041 | + | Greta Peyton, 733 W Smith Ferry Rd, Sontag, MS 39665-5424 |
| 5546046 | + | Jerrica Brent, 340 Belmont Trail, Brookhaven, MS 39601-8655 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKNC@rlselaw.com | Oct 21 2025 19:34:00 | CITIZENS BANK NA f/k/a RBS CITIZENS NA, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 21 2025 19:39:12 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5546035 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 21 2025 19:39:14 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5569510 | ^ | MEBN | Oct 21 2025 19:30:10 | CITIZENS BANK NA f/k/a RBS CITIZENS NA, C/O Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 5546036 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 21 2025 19:39:17 | Capital One Auto Fin, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5548301 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 21 2025 19:39:17 | Capital One Auto Finance, a division of, Capital One, N.A., c/o AIS portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5546037 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Oct 21 2025 19:34:00 | CashApp, 1955 Broadway, Suite 6, Oakland, CA 94612-2205 |
| 5546043 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 21 2025 19:34:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5546040 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 21 2025 19:39:14 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5546042 | + | Email/Text: stephenbinning@ymail.com | Oct 21 2025 19:34:00 | Hometown Credit, LLC, 506 Brookway Blvd, Brookhaven, MS 39601-3267 |
| 5546044 | + | Email/Text: ebone.woods@usdoj.gov | Oct 21 2025 19:34:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |

| Recipient ID | | Delivery Method | Date | Recipient |
|---|---|---|---|---|
| 5565425 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 21 2025 19:34:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5546045 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 21 2025 19:34:00 | Jefferson Capital Syst, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5546047 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 21 2025 19:39:11 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5548247 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2025 19:39:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5546048 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 21 2025 19:34:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5546049 | + | Email/Text: constance.morrow@mdhs.ms.gov | Oct 21 2025 19:34:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5559242 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 21 2025 19:34:00 | Mississippi Department of Revenue, Bankruptcy Section, P O Box 22808, Jackson, MS 39225-2808 |
| 5549924 | + | Email/Text: BKNC@rlselaw.com | Oct 21 2025 19:34:00 | Natalie Brown, Esq., Rubin Lublin, LLC, for Citizens Bank NA fka RBS Citizens NA, 3145 Avalon Ridge Place Suite 100, Peachtree Corners, GA 30071-1570 |
| 5578688 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2025 19:39:17 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5546050 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2025 19:39:14 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5546051 | + | Email/Text: ecfbankruptcy@progleasing.com | Oct 21 2025 19:34:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 5546052 | + | Email/Text: ngisupport@radiusgs.com | Oct 21 2025 19:33:00 | Radius Global Solution, 9550 Regency Sq Blvd, Jacksonville, FL 32225-8116 |
| 5546053 | ^ | MEBN | Oct 21 2025 19:30:06 | Safe Home Security, Attn: Bankruptcy, 1125 Middle Street, #201, Middletown, CT 06457-1686 |
| 5546054 | + | Email/Text: tillmanhz@aol.com | Oct 21 2025 19:34:00 | Tillman Furniture Company, 28081 Hwy 28, Hazlehurst, MS 39083-2239 |
| 5546055 | ^ | MEBN | Oct 21 2025 19:30:07 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2025　　　　　　　　　　Signature:　　/s/Gustava Winters

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 21, 2025 | Form ID: n031 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Natalie Kareda Brown | on behalf of Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA nbrown@rlselaw.com lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kantrell Marqvette Brent trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01981−KMS
**Chapter:** 13

**In re:**

Kantrell Marqvette Brent
aka Kantrell Brent
1003 Old St John Rd NE
Wesson, MS 39191

---

### Notice of Entry of Order Confirming Plan

The Court entered an Order on 10/21/2025 (Dkt. # 25 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 21, 2025

Danny L. Miller, Clerk of Court