UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  KANTRELL MARQVETTE BRENT

       DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-01981 KMS

## MOTION TO ALLOW SUPPLEMENTAL CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Supplemental Claim:

CITIZENS BANK NA F/K/A RBS CITIZENS NA
CITIZENS BANK, N.A.
10561 TELEGRAPH ROAD
GLEN ALLEN, VA  23059

Court Claim No. 9

Date of Notice of Post-Petition Mortgage Fees/Expenses:  October 22, 2025

Amount of Post-Petition Mortgage Fees/Expenses:  $350.00

Classification:  Secured

Trustee has reviewed the above Supplemental Claim and recommends that it would be in the best interests of the Debtor to allow said Claim, as a Special Claim, and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan, which should be modified in accord herewith, and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

                                                                     */s/  David Rawlings*

                                                                     David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011

## CERTIFICATE OF SERVICE

I, David Rawlings, do hereby certify that on October 24, 2025, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

KANTRELL MARQVETTE BRENT
1003 Old St John Rd NE
Wesson, MS 39191

CITIZENS BANK NA F/K/A RBS CITIZENS NA
CITIZENS BANK, N.A.
10561 TELEGRAPH ROAD
GLEN ALLEN, VA 23059

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS 39236

/s/ David Rawlings
DAVID RAWLINGS, TRUSTEE